1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 CRAIG YATES, an individual; and              )   CASE NO. CV-08-0737-JCS
   DISABILITY RIGHTS, ENFORCEMENT,              )
11 EDUCATION, SERVICES:HELPING YOU              )   **RETURN OF SERVICE RE DEFENDANTS**
   HELP OTHERS, a California public benefit     )   SYERS PROPERTIES I LP, a limited
12 corporation,                                 )   partnership; and CENTENNIAL
                                                )   RESTAURANTS LLC, a limited liability
13         Plaintiffs,                          )   company
                                                )
14 v.                                           )
                                                )
15 BURGER KING #3157;                           )
   SYERS PROPERTIES I LP, a limited             )
16 partnership; and CENTENNIAL                  )
   RESTAURANTS LLC, a limited liability         )
17 company,                                     )
                                                )
18         Defendants.                          )
   _____)

19

20

21

22

23

24

25

26

27 RETURN OF SERVICE RE DEFENDANTS SYERS PROPERTIES I LP, a limited partnership; and CENTENNIAL RESTAURANTS
   LLC, a limited liability company
28

                                                                                                        1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No. 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff, Craig Yates, et al. | Ref. No. or File No<br>BURGER KING | |

Insert name of Court, and Judicial District and Branch Court
United States District Court, Northern District Of California

Plaintiff: CRAIG YATES, an individual, et al.
Defendant: BURGER KING #3157, et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number<br>CV 08 0737 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; LOCAL RULES; DROP BOX FILING PROCEDURES; SCHEDULING ORDER FOR CASSES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III ( 42 U.S.C. 12181-89 ); CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served.           CENTENNIAL RESTAURANTS LLC, a limited liability company
   b. Person served.         DINA RON - PERSONAL ASSISTANT

4. Address where the party was served:   ONE EMBARCADERO CENTER
                                          SAN FRANCISCO, CA 94111

5. I served the party:
   a  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 18, 2008 (2) at: 4:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CENTENNIAL RESTAURANTS LLC, a limited liability company

7. Person Who Served Papers:                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                                    d. The Fee for Service was:
                                                        e. I am: (3) registered California process server
   First Legal Support Services                             (i) Independent Contractor
   ATTORNEY SERVICES                                        (ii) Registration No.:    190
   1138 HOWARD STREET                                       (iii) County:             Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Fri, Mar. 28, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE              (DOUG SCHROEDER)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL            6404912  .thofi-fg.122565

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | |
| Attorney for: Plaintiff, Craig Yates, et al. | Ref. No. or File No.:<br>BURGER KING |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CRAIG YATES, an individual, et al.
Defendant: BURGER KING #3157, et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date | Time: | Dept/Div: | Case Number:<br>CV 08 0737 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; LOCAL RULES; DROP BOX FILING PROCEDURES; SCHEDULING ORDER FOR CASSES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III ( 42 U.S.C 12181-89 ); CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: SYERS PROPERTIES I LP, a limited partnership
   b. Person served: CHARLES SYERS, - OWNER

4. Address where the party was served: 325 ASCOT ROAD
   HILLSBOROUGH, CA 94010

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 18, 2008 (2) at: 8:14AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SYERS PROPERTIES I LP, a limited partnership

7. Person Who Served Papers:
   a ELLENOR RIOS

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d  The Fee for Service was:
   e  I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   984
      (iii) County:   Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 28, 2008

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   (ELLENOR RIOS)
   6404908   jhofi-fg.122561