1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   IVANKA F. ACKBARI, ESQ. (SBN 83123)
2  SARRAIL, LYNCH & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone: (650) 685-9200
4  Facsimile:  (650) 685-9206

5  Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   CRAIG YATES, an individual; and        )    Case No. C08-00737 JCS
12 DISABILITY RIGHTS,                      )
   ENFORCEMENT, EDUCATION,                 )
13 SERVICES: HELPING YOU HELP             )    **DEFENDANT SYERS PROPERTIES I,**
   OTHERS, a California public benefit     )    **LP'S ANSWER TO COMPLAINT FOR**
14 corporation,                            )    **INJUNCTIVE RELIEVE AND DAMAGES**
                                           )
15              Plaintiff,                 )    **Demand for Jury Trial**
                                           )
16      vs.                                )
                                           )
17 BURGER KING #3157; SYERS               )
   PROPERTIES I, LP, a limited             )
18 partnership and CENTENNIAL             )
   RESTAURANTS LLC, a limited liability    )
19 company,                                )
                                           )
20              Defendants.                )
                                           )
21                                         )
                                           )
22 _____)

23                        **INTRODUCTION**

24      1.      Answering paragraph 1, Defendant Syers Properties I, LP ("Defendant")

25 is without sufficient knowledge or information to form a belief as to the truth of the

26 allegations contained in said paragraph, and on that basis denies each and every

27 allegation contained therein.

28
   _____
   **DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE**
   **AND DAMAGES**
                                                                        1

2.      Answering paragraph 2, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## JURISDICTION AND VENUE

3.      Answering paragraph 3, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4.      Answering paragraph 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## PARTIES

5.      Answering paragraph 5, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

6.      Answering paragraph 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7.      Answering paragraph 7, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8.      Answering paragraph 8, Defendant admits that it is the lessor of the premises located at or near 211 McDowell Boulevard, Petaluma, California, but and for that admission is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9.      Answering paragraph 9, Defendant admits that the Burger King restaurant is open to the general public, and but and for that admission is without sufficient

knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10.    Answering paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**PRIMARY FACTUAL ALLEGATIONS**

11.    Answering paragraph 11, Defendant admits that Burger King is a restaurant located at or near 211 McDowell Boulevard, Petaluma, California, and but and for that admission is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

12.    Answering paragraph 12, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13.    Answering paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14.    Answering paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15.    Answering paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16.    Answering paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17.     Answering paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18.     Answering paragraph 18, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

19.     Answering paragraph 19, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20.     Answering paragraph 20, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21.     Answering paragraph 21, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

22.     Answering paragraph 22, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23.     Answering paragraph 23, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24.     Answering paragraph 24, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25.     Answering paragraph 25, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26.    Answering paragraph 26, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27.    Answering paragraph 27, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

28.    Answering paragraph 28, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

29.    Answering paragraph 29, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

30.    Answering paragraph 30, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31.    Answering paragraph 31, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

32.    Answering paragraph 32, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

33.    Answering paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34.    Answering paragraph 34, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35.    Answering paragraph 35, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36.    Answering paragraph 36, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

37.    Answering paragraph 37, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38.    Answering paragraph 38, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.    Answering paragraph 39, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.    Answering paragraph 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41.    Answering paragraph 41, Defendant admits that Plaintiffs seek injunctive relief, and but and for that admission is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

42.    Answering paragraph 42, Defendant admits that Plaintiffs seek damages for alleged violations of their civil rights, and but and for that admission is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43.    Answering paragraph 43, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44.    Answering paragraph 44, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

45.    Answering paragraph 45, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

46.    Answering paragraph 46, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

47.    Answering paragraph 47, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

48.    Answering paragraph 48, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

49.    Answering paragraph 49, Defendant incorporates herein by reference each and every response to its answers to paragraphs 1 through 48 of the Complaint.

50.    Answering paragraph 50, 42 U.S.C. § 12101 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

51.    Answering paragraph 51, 42 U.S.C. § 12102 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth

1 | of the allegations contained in said paragraph, and on that basis denies each and every

2 | allegation contained therein.

3 |     52.    Answering paragraph 52, 42 U.S.C. § 12181 et seq. speaks for itself;

4 | otherwise, Defendant is without sufficient knowledge or information to form a belief as

5 | to the truth of the allegations contained in said paragraph, and on that basis denies

6 | each and every allegation contained therein.

7 |     53.    Answering paragraph 53, 42 U.S.C. § 12182 speaks for itself; otherwise,

8 | Defendant is without sufficient knowledge or information to form a belief as to the truth

9 | of the allegations contained in said paragraph, and on that basis denies each and every

10 | allegation contained therein.

11 |     54.    Answering paragraph 54, § 302(b)(2)(a), 42 U.S.C. § 12182(b)(2)(a)

12 | speaks for itself; otherwise, Defendant is without sufficient knowledge or information to

13 | form a belief as to the truth of the allegations contained in said paragraph, and on that

14 | basis denies each and every allegation contained therein.

15 |     55.    Answering paragraph 55, Defendant is without sufficient knowledge or

16 | information to form a belief as to the truth of the allegations contained in said

17 | paragraph, and on that basis denies each and every allegation contained therein.

18 |     56.    Answering paragraph 56, 42 U.S.C. § 12181(9) speaks for itself;

19 | otherwise, Defendant is without sufficient knowledge or information to form a belief as

20 | to the truth of the allegations contained in said paragraph, and on that basis denies

21 | each and every allegation contained therein.

22 |     57.    Answering paragraph 57, Defendant is without sufficient knowledge or

23 | information to form a belief as to the truth of the allegations contained in said

24 | paragraph, and on that basis denies each and every allegation contained therein.

25 |     58.    Answering paragraph 58, 42 U.S.C. § 12188 speaks for itself; otherwise,

26 | Defendant is without sufficient knowledge or information to form a belief as to the truth

27 | of the allegations contained in said paragraph, and on that basis denies each and every

28 |

DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE AND DAMAGES

allegation contained therein.

59.    Answering paragraph 59, 42 U.S.C. § 12188(a)(1) speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

60.    Answering paragraph 60, Defendant admits Plaintiffs are seeking injunctive relief, and but and for that admission, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**SECOND CAUSE OF ACTION**

61.    Answering paragraph 61, Defendant incorporates herein by reference each and every response to its answers to paragraphs 1 through 60 of the Complaint.

62.    Answering paragraph 62, California Civil Code § 54 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

63.    Answering paragraph 63, California Civil Code § 54.1 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

64.    Answering paragraph 64, California Civil Code § 54.1 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

65.    Answering paragraph 65, California Civil Code § 54.3(a) speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies

1    each and every allegation contained therein.

2    66.    Answering paragraph 66, Defendant is without sufficient knowledge or

3    information to form a belief as to the truth of the allegations contained in said

4    paragraph, and on that basis denies each and every allegation contained therein.

5    67.    Answering paragraph 67, Defendant is without sufficient knowledge or

6    information to form a belief as to the truth of the allegations contained in said

7    paragraph, and on that basis denies each and every allegation contained therein.

8    68.    Answering paragraph 68, Defendant is without sufficient knowledge or

9    information to form a belief as to the truth of the allegations contained in said

10   paragraph, and on that basis denies each and every allegation contained therein.

11   69.    Answering paragraph 69, Defendant is without sufficient knowledge or

12   information to form a belief as to the truth of the allegations contained in said

13   paragraph, and on that basis denies each and every allegation contained therein.

14   70.    Answering paragraph 70, Defendant is without sufficient knowledge or

15   information to form a belief as to the truth of the allegations contained in said

16   paragraph, and on that basis denies each and every allegation contained therein.

## THIRD CAUSE OF ACTION

18   71.    Answering paragraph 71, Defendant incorporates herein by reference

19   each and every response to its answers to paragraphs 1 through 70 of the Complaint.

20   72.    Answering paragraph 72, Health & Safety Code § 19955 speaks for itself;

21   otherwise, Defendant is without sufficient knowledge or information to form a belief as

22   to the truth of the allegations contained in said paragraph, and on that basis denies

23   each and every allegation contained therein.

24   73.    Answering paragraph 73, Health & Safety Code § 19956 speaks for itself;

25   otherwise, Defendant is without sufficient knowledge or information to form a belief as

26   to the truth of the allegations contained in said paragraph, and on that basis denies

27   each and every allegation contained therein.

28

DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE
AND DAMAGES

74.    Answering paragraph 74, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

75.    Answering paragraph 75, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

76.    Answering paragraph 76, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

77.    Answering paragraph 77, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

78.    Answering paragraph 78, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## FOURTH CAUSE OF ACTION

79.    Answering paragraph 79, Defendant incorporates herein by reference each and every response to its answers to paragraphs 1 through 78 of the Complaint.

80.    Answering paragraph 80, the Unruh Act speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

81.    Answering paragraph 81, Civil Code § 51.5 speaks for itself; otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

82.    Answering paragraph 82, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

83.    Answering paragraph 83, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

84.    Answering paragraph 84, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint as a whole, and each cause of action asserted therein, fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that Plaintiffs' Complaint, or parts thereof, is barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Although Defendant denies that Plaintiffs have been damaged in any way, if it should be determined that Plaintiffs have been damaged, then Defendant alleges, based on information and belief, that the proximate cause of such damage was the conduct of Plaintiffs or others for which Defendant was not and is not responsible.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that Plaintiffs' Complaint, or parts thereof, is barred because the accommodations sought by Plaintiffs are not required by law.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that any and all relevant

DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE AND DAMAGES

portions of the Restaurant are reasonably accessible to and usable by individuals with disabilities in accordance with the Americans with Disabilities Act and state statutes, and therefore Defendant is in compliance with applicable law.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover compensatory or punitive damages as a matter of law.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that the Complaint seeks accommodations and modifications of the facility that are excused by law because they are not readily achievable, would fundamentally alter the nature of the goods and services offered and/or would impose an undue hardship.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that at all times relevant to the Complaint, Defendant had good faith defenses, based in law and/or fact, which if successful would preclude any recovery by Plaintiffs based on the allegations of the Complaint.

### NINTH AFFIRMATIVE DEFENSE

Although Defendant denies that Plaintiffs have been damaged in any way, if it should be determined that Plaintiffs have been damaged, then Defendant alleges, based on information and belief, that Plaintiffs have failed to mitigate their purported damages and further allege that, to the extent any damages could have been mitigated, such sums should be deducted from any award of damages.

### TENTH AFFIRMATIVE DEFENSE

Although Defendant denies that Plaintiffs have been damaged in any way, if it should be determined that Plaintiffs have been damaged, then Defendant alleges, based on information and belief, that Defendant is entitled to have the amount abated, apportioned or reduced to the extent that any other parties' actions caused or contributed to damage, if there were any.

---

DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE AND DAMAGES

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that the Complaint, and each cause of action contained therein, is barred by the doctrines of estoppel and/or unclean hands.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that the Complaint, and each cause of action contained therein, is based on statutes that, in the context of this lawsuit, are void, invalid and otherwise unenforceable as violative of the due process clauses of the United States and California Constitutions.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that Plaintiffs' Complaint is barred to the extent that it seeks equivalent service, access and enjoyment of the Restaurant which is excused by law because it is not readily achievable and/or alternative methods of accessibility are availability.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant alleges, based on information and belief, that Plaintiffs' Complaint, and each cause of action contained therein, fails as a matter of law because Plaintiffs failed to give Defendant notice of the need for accommodation or assistance.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that to the extent Plaintiffs' claims seek to deprive Defendant of the use of the Restaurant or to fundamentally alter the use of Defendant's property, such claims would be barred as an unfair taking of property under the United States and California Constitutions.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that plaintiffs are vexatious litigants within the meaning of Molski v. Evegreen Dynasty (9th Cir. 2007) 500 F.3d 104).

Wherefore, Syers Properties I, LP  prays for the following relief:

---

DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE AND DAMAGES

1.    That Plaintiffs take nothing by reason of their Complaint;

2.    That judgment be entered in favor of Syers Properties I, LP;

3.    For costs of suit incurred herein;

4.    For attorneys' fees; and

5.    For such other and further relief as the Court deems proper.

DATED: April 28, 2008                  SARRAIL, LYNCH & HALL, LLP

By:_____
        Ivanka F. Ackbari
        Attorneys for Defendant
        Syers Properties I, LP

## DEMAND FOR JURY TRIAL

Defendant Syers Properties I, LP hereby demands a jury for all claims for which a jury is permitted.

DATED: April 28, 2008                  SARRAIL, LYNCH & HALL, LLP

By:_____
        Ivanka F. Ackbari
        Attorneys for Defendant
        Syers Properties I, LP

---

**DEFENDANT SYERS PROPERTIES I, LP'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEVE AND DAMAGES**