Case 3:08-cv-00737-JCS    Document 9    Filed 04/29/2008    Page 2 of 3

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, ET AL.,

          Plaintiff(s),

    v.

BURGER KING, ET AL.,

          Defendant(s).

_____/

No.  C 08-00737 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _5/7/08_____

_____
Signature

Counsel for SYERS PROPERTIES I, LP
(Name or party or indicate "pro se")