```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    THOMAS E. FRANKOVICH,
 2  A PROFESSIONAL LAW CORPORATION
    2806 Van Ness Avenue
 3  San Francisco, CA   94109
    Telephone:   415/674-8600
 4  Facsimile:   415/674-9900

 5  Attorneys for Plaintiff
    CRAIG YATES and
 6  DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION,
 7  SERVICES: HELPING YOU
    HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BURGER KING #3157; SYERS PROPERTIES I LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company,<br><br>　　　　Defendants.<br>_____ | **CASE NO. C-08-00737 JCS**<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA ACCESS CASES)** |

　　　　Plaintiffs report that the parties have exchanged their respective positions regarding the removal of architectural barriers at the subject public accommodation, and believe that plaintiffs' injunctive relief claims will be satisfied through defendants' proposed remediations.

///

///

///

///

///

NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)　　1

1  　　　In turn, plaintiffs have made a demand for settlement. Unfortunately, however, the
2  parties have not reached an agreement. In accordance with General Order No. 56, the matter
3  should be set for mediation.

4
5
6
7  Dated: May 28, 2008　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*
8
9  　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　THOMAS E. FRANKOVICH
10 　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs CRAIG YATES and
　　　　　　　　　　　　　　　　　　　DISABILITY RIGHTS, ENFORCEMENT,
11 　　　　　　　　　　　　　　　　　　EDUCATION SERVICES: HELPING YOU HELP
　　　　　　　　　　　　　　　　　　　OTHERS

NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)   2