1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

**United States District Court**
For the Northern District of California

10  CRAIG YATES                                    NO. CV 08-00737 JCS
11              Plaintiff,                         **CLERK'S NOTICE RE: FAILURE**
     v.                                            **TO FILE ELECTRONICALLY**
12                                                 **AND/OR REGISTER AS AN E-**
                                                   **FILER**
13  BURGER KING
              Defendant.
14  _____/

15  On **1/31/08**, counsel for **Plaintiff** filed a **Complaint** manually, on paper. This case has been designated
16  for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
17

18  The above mentioned paper document has been filed and docketed. However, General Order 45
19  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
20  presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff** should submit the
21  **Complaint**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
22  chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
23  follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper,
24  as is the case with the above mentioned filing. All subsequent papers should be e-filed.
25

26  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
27  become an ECF User and be assigned a user ID and password for access to the system upon designation
28

1  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
2  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
3  at ecf.cand.uscourts.gov.

4  Dated: June 17, 2008                                                Gina Agustine-Rivas
                                                                       Deputy Clerk

                                                                       *Gina Agustine* (signature)

**United States District Court**
For the Northern District of California

2