1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   IVANKA F. ACKBARI, ESQ. (SBN 83123)
2  SARRAIL, LYNCH & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone: (650) 685-9200
4  Facsimile:  (650) 685-9206

5  Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BURGER KING #3157; SYERS PROPERTIES I, LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company,<br><br>Defendants. | Case No. C08-00737 JCS<br><br>**APPLICATION FOR RELIEF AS COUNSEL AND FOR SUBSTITUTION** |

Defendant SYERS PROPERTIES I, LP, a limited partnership respectfully requests the Court, at Courtroom No. A, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102 for an order relieving SARRAIL, LYNCH & HALL, LLP as counsel for Defendant SYERS PROPERTIES I, LP

1

1  and substituting HUGHES & GILL, a Professional Corporation, 1600 So. Main Street, Ste.
2  315, Walnut Creek, CA 94596.
3        Defendant SYERS PROPERTIES I, LP and SARRAIL, LYNCH & HALL, LLP have
4  agreed to permit Defendant SYERS PROPERTIES I, LP to be represented by HUGHES
5  & GILL as counsel.  HUGHES & GILL has agreed to represent Defendant SYERS
6  PROPERTIES I, LP in this action.  See attached Client Consent to Substitution of Counsel
7  and Declaration of Substituting Attorney.

11  DATED: _June 25_, 2008      SARRAIL, LYNCH & HALL, LLP

13                                         By: _____
                                                James A. Sarrail
                                                Attorneys for Defendant
                                                Syers Properties I, LP

1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   IVANKA F. ACKBARI, ESQ. (SBN 83123)
2  SARRAIL, LYNCH & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone: (650) 685-9200
4  Facsimile:  (650) 685-9206

5  Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BURGER KING #3157; SYERS PROPERTIES I, LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company, <br><br> Defendants. | Case No. C08-00737 JCS <br><br> **DECLARATION OF SUBSTITUTING ATTORNEY, MATTHEW HARRINGTON, IN SUPPORT OF APPLICATION FOR RELIEF AS COUNSEL AND FOR SUBSTITUTION** |

I, Matthew P. Harrington, declare:

1. I am an attorney admitted to practice in the State of California, and am Of Counsel at the law firm of HUGHES & GILL and I make this declaration in support of SARRAIL, LYNCH & HALL, LLP's request to be relieved as counsel and for substitution in this action.

---

DECLARATION OF SUBSTITUTING ATTORNEY, MATTHEW HARRINGTON, IN SUPPORT OF
APPLICATION FOR RELIEF AS COUNSEL AND FOR SUBSTITUTION                            1

2. I agree to represent Defendant SYERS PROPERTIES I, LP in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _19_ day of June, 2008 at Walnut Creek, California.

Matthew P. Harrington
HUGHES & MCGILL
1600 So. Main Street, Ste. 315
Walnut Creek, CA 94596
(925) 926-1200

DECLARATION OF SUBSTITUTING ATTORNEY, MATTHEW HARRINGTON, IN SUPPORT OF
APPLICATION FOR RELIEF AS COUNSEL AND FOR SUBSTITUTION

2

```
JAMES A. SARRAIL, ESQ. (SBN 43075)
IVANKA F. ACKBARI, ESQ. (SBN 83123)
SARRAIL, LYNCH & HALL, LLP
700 Airport Blvd., Suite 420
Burlingame, CA 94010
Telephone:  (650) 685-9200
Facsimile:  (650) 685-9206
```

Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BURGER KING #3157; SYERS PROPERTIES I, LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company,<br><br>    Defendants. | Case No. C08-00737 JCS<br><br>**CLIENT CONSENT TO SUBSTITUTION OF COUNSEL** |

I am the Defendant, Syers Properties I, LP, in this action and I consent to the withdrawal of SARRAIL, LYNCH & HALL, LLP as our attorneys in this action. I also consent to the substitution of HUGHES & GILL as our new counsel in this matter.

1

1
2
DATED: 6/24, 2008
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SYERS PROPERTIES 1, LP, a California Limited Partnership

By: *(signature)*

Charles S. Syers, its general partner
P.O. Box 1879
San Mateo, CA 94401

2

1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   IVANKA F. ACKBARI, ESQ. (SBN 83123)
2  SARRAIL, LYNCH & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone:  (650) 685-9200
4  Facsimile:   (650) 685-9206

5  Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

6

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  CRAIG YATES, an individual; and          )   Case No. C08-00737 JCS
    DISABILITY RIGHTS,                        )
13  ENFORCEMENT, EDUCATION,                   )
    SERVICES: HELPING YOU HELP                )   **ORDER GRANTING APPLICATION TO**
    OTHERS, a California public benefit       )   **BE RELIEVED AS COUNSEL AND FOR**
14  corporation,                              )   **SUBSTITUTION**
                                              )
15             Plaintiff,                     )
                                              )
16       vs.                                  )
                                              )
17  BURGER KING #3157; SYERS                  )
    PROPERTIES I, LP, a limited               )
18  partnership and CENTENNIAL                )
    RESTAURANTS LLC, a limited liability      )
19  company,                                  )
                                              )
20             Defendants.                    )
                                              )
21                                            )
                                              )
22  _____  )

23

24

25

26

27

28

                                                                              1

1  IT IS HEREBY ORDERED:

2      Defendant SYERS PROPERTIES I, LP's application to relieve SARRAIL, LYNCH & HALL, LLP as counsel for Defendant SYERS PROPERTIES I, LP is granted and HUGHES & GILL, a Professional Corporation, is substituted as counsel of record in this matter for Defendant SYERS PROPERTIES I, LP.

Dated: _____

                                                      _____
                                                      Judge of the United States
                                                      District Court