JAMES A. SARRAIL, ESQ. (SBN 43075)
IVANKA F. ACKBARI, ESQ. (SBN 83123)
SARRAIL, LYNCH & HALL, LLP
700 Airport Blvd., Suite 420
Burlingame, CA 94010
Telephone:  (650) 685-9200
Facsimile:    (650) 685-9206

Attorneys for Defendant SYERS PROPERTIES I, LP, a limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BURGER KING #3157; SYERS PROPERTIES I, LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company,<br><br>Defendants. | Case No. C08-00737 JCS<br><br>**ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL AND FOR SUBSTITUTION** |

1

IT IS HEREBY ORDERED:

    Defendant SYERS PROPERTIES I, LP's application to relieve SARRAIL, LYNCH & HALL, LLP as counsel for Defendant SYERS PROPERTIES I, LP is granted and HUGHES & GILL, a Professional Corporation, is substituted as counsel of record in this matter for Defendant SYERS PROPERTIES I, LP.

Dated: _____6/26/08_____



Judge Joseph C. Spero