1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
3 | San Rafael, CA 94903
Telephone:   415/444-5800
4 | Facsimile:   415/444-5805

5 | Attorneys for Plaintiffs
CRAIG YATES and DISABILITY
6 | RIGHTS ENFORCEMENT,
EDUCATION, SERVICES:
7 | HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, | CASE NO. C-08-00737 JCS |
|---|---|
| Plaintiff(s), | **NOTICE OF CHANGE OF FIRM ADDRESS, TELEPHONE AND FAX NUMBER** |
| v. | |
| BURGER KING #3157; SYERS PROPERTIES I LP, a limited partnership and CENTENNIAL RESTAURANTS LLC, a limited liability company, | |
| Defendants. | |

TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 and its phone number, 415-674-8600, as well as its fax number, 415-674-9900 to the following:

**4328 Redwood Hwy, Suite 300**
**San Rafael, California, 94903**
**Phone: 415-444-5800**
**Fax:    415-444-5805**

Dated: August 5, 2008            THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By: _____/s/_____
                                       THOMAS E. FRANKOVICH
                                 Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS, TELEPHONE AND FAX NUMBER                                    1